# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

BRENDA FITAK,

    Plaintiff,   Case No. 17-cv-13642

v.   Hon. Thomas L. Ludington
    Magistrate Judge Patricia T. Morris

NORTHWOOD UNIVERSITY,

    Defendant.

| | |
|---|---|
| The Mastromarco Firm<br>Victor J. Mastromarco, Jr. (P34564)<br>Attorneys for Plaintiff<br>1024 N. Michigan Avenue<br>Saginaw, MI 48602<br>(989) 752-1414<br>vmastromar@aol.com | Marlo J. Roebuck (P65640)<br>Daniel C. Waslawski (P78037)<br>Jackson Lewis P.C.<br>Attorneys for Defendant<br>2000 Town Center, Ste. 1650<br>Southfield, MI 48075<br>(248) 936-1900 (ofc)<br>(248) 936-1901 (fax)<br>roebuckm@jacksonlewis.com<br>Daniel.Waslawski@jacksonlewis.com |

## STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS

The parties, through their respective attorneys, stipulate and agree to a dismissal of Plaintiff's Complaint in its entirety with prejudice and with each party to bear his or its own attorneys' fees and costs. The parties further stipulate and agree that entry of this Order will resolve all pending claims and close the case.

STIPULATED AND AGREED TO BY:

<table>
<tr><td>

By: /s/ Victor J. Mastromarco (with consent)
THE MASTROMARCO FIRM
Victor J. Mastromarco, Jr. (P34564)
Attorneys for Plaintiff
1024 N. Michigan Avenue
Saginaw, MI 48602
(989) 752-1414
vmastromar@aol.com
kkelly615@gmail.com
Dated: October 2, 2018

</td><td>

By: /s/ Daniel C. Waslawski
JACKSON LEWIS P.C.
Marlo Johnson Roebuck (P65640)
Daniel C. Waslawski (P78037)
Attorneys for Defendant
2000 Town Center, Suite 1650
Southfield, MI 48075
(248) 936-1900
roebuckm@jacksonlewis.com
daniel.waslawski@jacksonlewis.com
Dated: October 2, 2018

</td></tr>
</table>

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

BRENDA FITAK,

      Plaintiff,                             Case No. 17-cv-13642

v.                                          Hon. Thomas L. Ludington
                                               Magistrate Judge Patricia T. Morris

NORTHWOOD UNIVERSITY,

      Defendant.

| | |
|---|---|
| The Mastromarco Firm<br>Victor J. Mastromarco, Jr. (P34564)<br>Attorneys for Plaintiff<br>1024 N. Michigan Avenue<br>Saginaw, MI 48602<br>(989) 752-1414<br>vmastromar@aol.com | Marlo J. Roebuck (P65640)<br>Daniel C. Waslawski (P78037)<br>Jackson Lewis P.C.<br>Attorneys for Defendant<br>2000 Town Center, Ste. 1650<br>Southfield, MI 48075<br>(248) 936-1900 (ofc)<br>(248) 936-1901 (fax)<br>roebuckm@jacksonlewis.com<br>Daniel.Waslawski@jacksonlewis.com |

## **ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS**

IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed with prejudice and with each party to bear his or its own attorneys' fees and costs. Entry of this order resolves all pending claims and closes the case.

IT IS SO ORDERED.

s/Thomas L. Ludington<br>THOMAS L. LUDINGTON<br>United States District Judge

Dated: October 3, 2018

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 3, 2018.

s/Kelly Winslow
KELLY WINSLOW, Case Manager